STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ERNEST TRACY, DEFENDANT-PETITIONER.

See same case below: 29 *N. J. Super.* 145.

*Mr. George Pellettieri* for the petitioner.

*Mr. Mario H. Volpe* and *Mr. Frank H. Lawton* for the respondent.

April 5, 1954.   Denied.

MEL KENNEDY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WESTINGHOUSE ELECTRIC CORP., DEFENDANT-RE-SPONDENT.

See same case below: 29 *N. J. Super.* 68.

*Messrs. Gross & Blumberg* and *Mr. Morton Stavis* for the petitioners.

*Messrs. Stryker, Tams & Horner, Mr. William L. Dill, Jr.,* and *Mr. Walter F. Waldau* for the respondent.

April 5, 1954.   Granted.